LARA R. SHAPIRO (State Bar No. 227194)                    JS-6
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Gena Quatraro

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Gena Quatraro, | Case No.: 2:09-cv-02019-VBF-FMO |
| Plaintiff, | |
| vs. | ~~[PROPOSED]~~ **JUDGMENT** |
| Tri-Financial; and Does 1-100, inclusive, | **HON. VALERIE B. FAIRBANK** |
| Defendants. | |

1       Judgment is entered in favor of Plaintiff Gena Quatraro, and against Defendant

2   Tri-Finanical. Plaintiff is awarded damages payable by Defendant Tri-Financial in the

3   amount of $75,000.00.

4

5   **IT IS SO ORDERED.**

6   Dated:   Aug _6_ , 2009

                                           _Valerie Baker Fairbank_

7                                         Hon. Valerie Baker Fairbank
    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20